Exhibit A



July 18, 2003

**VIA CERTIFIED MAIL**
**RETURN RECEIPT**

Mr. Darl C. McBride
President and CEO
The SCO Group, Inc.
355 South 520 West, Suite 100
Lindon, UT 84042

Dear Mr. McBride:

As you are aware, Red Hat, Inc. ("Red Hat") distributes a "Red Hat"-branded Linux® operating system ("Red Hat Linux"). For months now, officers of The SCO Group, Inc. ("SCO") have made public statements claiming that some portion of Red Hat® Linux contains code that infringes intellectual property rights of SCO. In conjunction with these public statements, SCO has sent letters to certain of Red Hat's business partners, customers and potential customers ("third-parties") suggesting that these third-parties should cease using Linux because it is an "unauthorized derivative" of SCO's System V UNIX®.

We have no basis to believe that Red Hat has copied any SCO software, used any SCO trade secrets, or otherwise violated any SCO intellectual property rights. SCO notably has failed to provide any details in support of its allegation that would permit Red Hat to refute them, and, as such, SCO's public statements can only be designed to disrupt and otherwise interfere with Red Hat's relations with its customers.

Red Hat requests that SCO fully explain the bases, if any, for its public allegations concerning Red Hat Linux. At the very least, Red Hat requests that SCO specifically identify any source code in any Red Hat distribution to which SCO claims intellectual property rights, the specific SCO source code that is the basis for such intellectual property rights, the author and date of authorship of the SCO code, the specific rights that SCO claims have been violated, and the manner in which SCO claims that Red Hat has violated those rights.

Please provide a complete response to this letter no later than July 31, 2003. In the absence of a complete response from SCO by that date, we will be left to conclude there is no basis for the referenced statements.

Sincerely,

Mark H. Webbink
Sr. Vice President and General Counsel
Red Hat, Inc.

cc:   Donald Steinberg, Esq., Hale and Dorr LLP