IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED HAT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 03-772-SLR |
| | ) |
| THE SCO GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 10th day of October, 2007, defendant The SCO Group, Inc. having filed a Notice of Bankruptcy with this court on September 17, 2007 (D.I. 71), and this case having been stayed since April 6, 2004 pending related litigation in the State of Utah;

IT IS ORDERED that the above-captioned action shall be administratively closed pending resolution of defendant's chapter 11 petition to the United States Bankruptcy Court for the District of Delaware.

United States District Judge